**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| HYDRAFACIAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-02480-SHL-tmp |
| | ) | |
| AESTHETIC MANAGEMENT PARTNERS, | ) | |
| LLC and AESTHETIC MANAGEMENT | ) | |
| PARTNERS INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

Before the Court is the Motion for Leave to File Under Seal Plaintiff Hydrafacial LLC's

Memorandum in Response to Court's Invitation for Briefing on Limited Issue of Scope of Expert

Witness Testimony, filed August 1, 2025.  (ECF No. 85.)  Hydrafacial argues that the

memorandum should be sealed because it directly quotes the transcript of the July 25, 2025

hearing, which remained sealed until October 30.  (Id. at PageID 4378.)  Since then, the

underlying transcript has been unsealed.  (ECF No. 125.)

Accordingly, the Motion is **DENIED AS MOOT**.  Given the strong public policy

favoring open court records, see Brown & Williamson Tobacco Corp. v. FTC, 710 F.2d 1165,

1176–79 (6th Cir. 1983), Hydrafacial's memorandum (ECF No. 86) shall be unsealed.

**IT IS SO ORDERED,** this 24th day of March, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE